THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUTH WARE, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUE FINANCE LLC,<br><br>Defendant. | Case No. 3:26-cv-05106-SKV<br><br>**ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT** |

Defendant TRUE FINANCE LLC ("True Finance") hereby answers the Complaint (the "Complaint") filed by plaintiff Ruth Ware ("Plaintiff") as follows:

1. Answering Paragraph 1 of the Complaint, True Finance admits that Plaintiff brings this action pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), but denies that it violated the TCPA, denies any liability to Plaintiff and/or any person she purports to represent, and denies that Plaintiff and/or any person she purports to represent is entitled to actual damages, statutory damages, punitive damages, costs, attorneys' fees or any relief whatsoever.

## NATURE OF THE ACTION

2. Answering Paragraph 2 of the Complaint, True Finance admits that Plaintiff brings this action pursuant to the TCPA, but denies that it violated the TCPA, denies any liability to Plaintiff and/or any person she purports to represent, and denies that Plaintiff and/or any person



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

she purports to represent is entitled to actual damages, statutory damages, punitive damages, costs, attorneys' fees or any relief whatsoever. True Finance further denies that any class should be certified in this action and denies that this action is appropriate for class treatment.

3. Answering Paragraph 3 of the Complaint, True Finance denies the allegations contained therein.

4. Answering Paragraph 4 of the Complaint, True Finance denies the allegations contained therein.

5. Answering Paragraph 5 of the Complaint, True Finance denies the allegations contained therein, denies any liability to Plaintiff and/or any person she purports to represent, and denies that Plaintiff and/or any person she purports to represent is entitled to actual damages, statutory damages, injunctive relief or any relief whatsoever.

## JURISDICTION AND VENUE

6. Answering Paragraph 6 of the Complaint, True Finance does not challenge jurisdiction for purposes of this action only, but denies any liability to Plaintiff and/or any person she purports to represent, and denies that Plaintiff and/or any person she purports to represent, is entitled to any relief whatsoever from True Finance. True Finance further states that Plaintiff's claims are subject to mandatory, individual arbitration and True Finance specifically reserves, and does not waive, the right to compel arbitration of such claims against Plaintiff and/or any person she purports to represent whose claims also may be subject to binding, individual arbitration.

7. Answering Paragraph 7 of the Complaint, True Finance does not challenge venue for purposes of this action only, but denies any liability to Plaintiff and/or any person she purports to represent, and denies that Plaintiff and/or any person she purports to represent, is entitled to any relief whatsoever from True Finance. True Finance further states that Plaintiff's claims are subject to mandatory, individual arbitration and True Finance specifically reserves, and does not waive, the right to compel arbitration of such claims against Plaintiff and/or any person she purports to represent whose claims also may be subject to binding, individual arbitration.



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

## PARTIES

8. Answering Paragraph 8 of the Complaint, True Finance lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

9. Answering Paragraph 9 of the Complaint, True Finance lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

10. Answering Paragraph 10 of the Complaint, True Finance states that it is a Delaware Limited Liability Company.

11. Answering Paragraph 11 of the Complaint, True Finance admits the allegations contained therein.

12. Answering Paragraph 12 of the Complaint, True Finance states that there are no allegations in Paragraph 12 directed to True Finance and, therefore, no response is required.

## II. FACTUAL ALLEGATIONS

13. Answering paragraph 13 of the Complaint, True Finance denies the allegations contained therein.

14. Answering Paragraph 14 of the Complaint, True Finance states that Plaintiff subscribed to True Finance's services and, in connection with True Finance's terms and conditions and services in which Plaintiff enrolled, requested any text messages she may have received from True Finance. Except as expressly stated, True Finance lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 and, on that basis, denies the allegations contained therein.

15. Answering Paragraph 15 of the Complaint, True Finance lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in Paragraph 15 and, on that basis, denies the allegations contained therein.

16. Answering Paragraph 16 of the Complaint, True Finance denies the allegations



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

contained therein.

17. Answering Paragraph 17 of the Complaint, True Finance denies the allegations contained therein.

18. Answering Paragraph 18 of the Complaint, True Finance denies the allegations contained therein.

19. Answering Paragraph 19 of the Complaint, True Finance states that allegations in Paragraph 19 consist of legal conclusions to which no response is required. To the extent a response is required, True Finance lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

20. Answering Paragraph 20 of the Complaint, True Finance denies the allegations contained therein.

21. Answering Paragraph 21 of the Complaint, True Finance denies the allegations contained therein.

22. Answering Paragraph 22 of the Complaint, True Finance denies the allegations contained therein.

23. Answering Paragraph 23 of the Complaint, True Finance states that there are no allegations in Paragraph 23 directed to True Finance and, therefore, no response is required. To the extent a response is required, True Finance lacks knowledge or information at this time sufficient to form a belief to the truth of the allegations in Paragraph 23 and, on that basis, denies the allegations contained therein.

24. Answering Paragraph 24 of the Complaint, True Finance states that there are no allegations in Paragraph 24 directed to True Finance and, therefore, no response is required. To the extent a response is required, True Finance lacks knowledge or information at this time sufficient to form a belief to the truth of the allegations in Paragraph 24 and, on that basis, denies the allegations contained therein.



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

25. Answering Paragraph 25 of the Complaint, True Finance lacks knowledge or information at this time sufficient to form a belief to the truth of the allegations in Paragraph 25 and, on that basis, denies the allegations contained therein.

26. Answering Paragraph 26 of the Complaint, True Finance states that there are no allegations in Paragraph 26 directed to True Finance and, therefore, no response is required. To the extent a response is required, True Finance states that the TCPA speaks for itself and True Finance denies any allegations that are inconsistent therewith.

27. Answering Paragraph 27 of the Complaint, True Finance lacks knowledge or information at this time sufficient to form a belief to the truth of the allegations in Paragraph 27 and, on that basis, denies the allegations contained therein.

28. Answering Paragraph 28 of the Complaint, True Finance denies the allegations contained therein.

29. Answering Paragraph 29 of the Complaint, True Finance denies the allegations contained therein.

## CLASS ALLEGATIONS

## PROPOSED CLASS

30. Answering Paragraph 30 of the Complaint, True Finance admits that Plaintiff brings this action on his own behalf and purportedly on behalf of similarly situated individuals but denies that certification of any proposed class would be appropriate.

31. Answering Paragraph 31 of the Complaint, True Finance denies that any class should be certified in this action, denies that this action is appropriate for class treatment, and otherwise denies the allegations in this Paragraph.

32. Answering Paragraph 32 of the Complaint, True Finance denies that certification of any proposed class would be appropriate here.

## NUMEROSITY

33. Answering Paragraph 33 of the Complaint, True Finance denies that any class



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

should be certified in this action, denies that this action is appropriate for class treatment, and otherwise denies the allegations in this Paragraph.

34. Answering Paragraph 34 of the Complaint, True Finance denies that any class should be certified in this action, denies that this action is appropriate for class treatment, and otherwise denies the allegations in this Paragraph.

**COMMON QUESTIONS OF LAW AND FACT**

35. Answering Paragraph 35 of the Complaint, True Finance denies that any class should be certified in this action, denies that this action is appropriate for class treatment, and otherwise denies the allegations in this Paragraph.

36. Answering Paragraph 36 of the Complaint, True Finance denies that any class should be certified in this action, denies that this action is appropriate for class treatment, and otherwise denies the allegations in this Paragraph.

**TYPICALITY**

37. Answering Paragraph 37 of the Complaint, True Finance denies that any class should be certified in this action, denies that this action is appropriate for class treatment, and otherwise denies the allegations in this Paragraph.

**PROTECTING THE INTERESTS OF THE CLASS MEMBERS**

38. Answering Paragraph 38 of the Complaint, True Finance denies that any class should be certified in this action, denies that this action is appropriate for class treatment, and otherwise denies the allegations in this Paragraph.

**PROCEEDING VIA CLASS ACTION IS SUPERIOR AND ADVISABLE**

39. Answering Paragraph 39 of the Complaint, True Finance denies that any class should be certified in this action, denies that this action is appropriate for class treatment, and otherwise denies the allegations in this Paragraph.

40. Answering Paragraph 40 of the Complaint, True Finance denies that any class should be certified in this action, denies that this action is appropriate for class treatment, and



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

otherwise denies the allegations in this Paragraph.

## COUNT 1

## Violations of the TCPA, 47 U.S.C. § 227

## (On Behalf of Plaintiff and the Do Not Call Registry Class)

41. True Finance incorporates its responses to all the foregoing paragraphs, above, as though fully stated herein.

42. Answering Paragraph 42 of the Complaint, True Finance states that there are no allegations in Paragraph 42 directed to True Finance and, therefore, no response is required. To the extent a response is required, True Finance states that 47 C.F.R. § 64.1200(c) speaks for itself and True Finance denies any allegations that are inconsistent therewith.

43. Answering Paragraph 43 of the Complaint, True Finance states that there are no allegations in Paragraph 43 directed to True Finance and, therefore, no response is required. To the extent a response is required, True Finance states that 47 C.F.R. § 64.1200(e) speaks for itself and True Finance denies any allegations that are inconsistent therewith.

44. Answering Paragraph 44 of the Complaint, True Finance states that there are no allegations in Paragraph 44 directed to True Finance and, therefore, no response is required. To the extent a response is required, True Finance states that 47 C.F.R. § 64.1200(d) speaks for itself and True Finance denies any allegations that are inconsistent therewith.

45. Answering Paragraph 45 of the Complaint, True Finance states that there are no allegations in Paragraph 45 directed to True Finance and, therefore, no response is required. To the extent a response is required, True Finance states that the TCPA speaks for itself and True Finance denies any allegations that are inconsistent therewith.

46. Answering Paragraph 46 of the Complaint, True Finance denies the allegations contained therein.

47. Answering Paragraph 47 of the Complaint, True Finance denies the allegations contained therein.



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

48. Answering Paragraph 48 of the Complaint, True Finance denies the allegations contained therein.

**PRAYER FOR RELIEF**

Answering the unnumbered paragraph titled "Prayer for Relief," True Finance denies that certification of any proposed class would be appropriate here and further denies that Plaintiff, and/or any person she purports to represent, is entitled to any relief whatsoever including, without limitation, actual damages, statutory damages, declaratory or injunctive relief, attorneys' fees and costs.

**JURY DEMAND**

True Finance acknowledges that Plaintiff has demanded a trial by jury. True Finance further states that Plaintiff's claims are subject to mandatory, individual arbitration and True Finance specifically reserves, and does not waive, the right to compel arbitration of such claims against Plaintiff and/or any person she purports to represent whose claims also may be subject to binding, individual arbitration

**AFFIRMATIVE DEFENSES**

True Finance has not completed its investigation of the facts of this case, has not performed discovery in this matter, and has not completed its preparation for trial. The defenses stated herein are based on True Finance's knowledge, information, and belief at the present time, and True Finance specifically reserves the right to modify, amend, or supplement any defense contained herein at any time. Without assuming the burden of proof where it otherwise lies with Plaintiff, True Finance alleges the following separate and distinct affirmative defenses on information and belief:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The Complaint fails to set forth facts sufficient to state a claim against True Finance.



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

## SECOND AFFIRMATIVE DEFENSE

**(Binding Arbitration Agreement)**

The claims of Plaintiff, and/or any person she purports to represent, are subject to binding arbitration pursuant to a valid and binding arbitration agreement and True Finance specifically reserves, and does not waive, the right to compel arbitration of any claims asserted by Plaintiff and/or any person she purports to represent

## THIRD AFFIRMATIVE DEFENSE

**(Prior Express Consent)**

The Complaint fails to the extent Plaintiff, and/or any person she purports to represent, provided "prior express consent" within the meaning of the TCPA, for all messages allegedly sent to Plaintiff's cellular telephone number, and the number of anyone she purports to represent.

## FOURTH AFFIRMATIVE DEFENSE

**(Safe Harbor)**

True Finance alleges that the claims of Plaintiff and the putative class members are barred because the alleged conduct, in which True Finance did not participate, complied with the provisions of the applicable F.C.C. regulations, including without limitation the safe harbor provisions of 47 C.F.R. § 64.1200.

## FIFTH AFFIRMATIVE DEFENSE

**(Preexisting Commercial Relationship)**

The claims of Plaintiff and the putative class members are barred, in whole or in part, by the parties' preexisting commercial relationship.

## SIXTH AFFIRMATIVE DEFENSE

**(Laches)**

The claims of Plaintiff and the putative class members are barred, in whole or in part, by the doctrine of laches.



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

## SEVENTH AFFIRMATIVE DEFENSE

**(Failure to Mitigate)**

Although True Finance denies that Plaintiff, and/or any person she purports to represent, suffered any damages, to the extent any damages have been suffered, Plaintiff, and/or any person she purports to represent, failed to mitigate those damages.

## EIGHTH AFFIRMATIVE DEFENSE

**(Waiver and Estoppel)**

The Complaint is barred, in whole or in part, by the conduct, actions and inactions of Plaintiff and the putative class members, which amount to and constitute a waiver and/or estoppel of their claims and any relief sought thereby.

## NINTH AFFIRMATIVE DEFENSE

**(Ratification)**

Plaintiff and the putative class members ratified the conduct alleged in the Complaint and therefore are barred from recovery against True Finance.

## TENTH AFFIRMATIVE DEFENSE

**(Unclean Hands)**

The claims of Plaintiff and the putative class members are barred, in whole or in part, by the doctrine of unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE

**(Independent/Intervening Conduct)**

Plaintiff and the putative class members are barred from recovery in that any damage, injury and/or harm allegedly sustained by Plaintiff and the putative class members was the direct and proximate result of the independent, intervening, negligent, criminal and/or unlawful conduct of independent parties or their agents, and not the result of any act or omission on the part of True Finance.



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

**TWELFTH AFFIRMATIVE DEFENSE**

**(Contributory Negligence)**

Plaintiff and the putative class members failed to exercise reasonable and ordinary care, caution or prudence in order to avoid incurring the alleged damages sought by the Complaint; thus, the damages, if any, sustained by Plaintiff and the putative class members were proximately caused and contributed to by their own negligence.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Apportionment)**

True Finance is not legally responsible with respect to the damages that may be claimed by Plaintiff and the putative class members as a result of the matters alleged in the Complaint; however, if True Finance is found to be legally responsible in any manner, then it alleges that its legal responsibilities are not the sole and proximate cause of the injuries and the damages awarded, if any, are to be apportioned accordance with the fault and legal responsibility of all non-True Finance parties, persons and entities, or the agents, servants and employees of such non- True Finance parties, persons and entities, who contributed to and/or caused said damages, according to proof presented during trial.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Adequate Remedy at Law)**

The claims of Plaintiff and the putative class members for injunctive relief are barred because Plaintiff and the putative class members cannot establish, among other things, that there is no adequate remedy at law.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Reservation of Rights)**

True Finance expressly reserves the right to assert such other and further affirmative defenses as may be appropriate.



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

## PRAYER FOR RELIEF

WHEREFORE, True Finance prays for judgment as follows:

1. That Plaintiff take nothing by the Complaint;

2. That the Complaint be dismissed with prejudice;

3. That True Finance recover its attorneys' fees and costs herein; and

4. For such other and further relief as the Court deems just and proper.

DATED: March 6, 2026

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Marisa Berlinger*
Marisa L. Berlinger, WSBA #58991
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: marisa.berlinger@morganlewis.com

*Attorney for Defendant True Finance LLC*